|   |   |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>ALVIN MAR, State Bar No. 151482<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>725 South Figueroa Street, Suite 2600<br>Los Angeles, California 90017-5418<br>(213) 894-4219 telephone<br>(213) 894-2603 facsimile<br>Email: alvin.mar@usdoj.gov | **FILED & ENTERED**<br><br>MAR 07 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY kaaumoar DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re:<br><br>EDITH AVANZADO,<br><br>    Debtor, | Case No. 2:10-bk-62201-AA<br><br>Chapter 11<br><br>ORDER DISMISSING CASE<br><br><br><br><br>Hearing Date: MARCH 2, 2011<br>Time: 10:00 A.M.<br>Place: CTRM 1375 |

The hearing on the Court's 'Notice of Status Conference' was heard on the above date and time with appearances as set forth on the record. The Court having considered the argument of the parties appearing and finding good cause therein, it is hereby -

   ORDERED THAT Debtor's case be and hereby is DISMISSED.

   ORDERED THAT the United States Trustee is granted a judgment in the amount of $650.00 for unpaid U.S. Trustee quarterly fees.

1

1    IT IS SO ORDERED.

3             # # #

24    DATED: March 7, 2011

                             United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as:   PROPOSED ORDER DISMISSING CASE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    **3/7/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    **3/7/11**        I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/7/11 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                              **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    **Name**                                  **Capacity**                              **Email Address**

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

    **Debtor:**
Edith Avanzado
307 Linda Vista Avenue
Pasadena, CA  91105

    **Debtor's Counsel**:
Roy C. Dickson, Esq.
2323 N. Tustin Avenue, Ste I
Santa Ana, CA  92705

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Alan Ahart
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1382
Los Angeles, CA 90012-3332

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                           **F.9013-3.1.PROOF.OF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER DISMISSING CASE

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**    **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___**3/7/11**___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

⊠    Service information continued on attached page

**II.**    **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

⊠    Service information continued on attached page

**III.**    **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

⊠    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION**

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| United States Trustee | United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Richard J. Bauer | On behalf of Interested Party, Courtesy NEF | rbauer@mileslegal.com |
| Roy C. Dickson | Counsel to Debtor | roycd@aol.com |
| Deborah Conley | On behalf of Interested Party, Courtesy NEF | bkmail@prommis.com |
| Dare Law | Atty for U.S. Trustee | dare.law@usdoj.gov |
| Mark Domeyer | On behalf of creditor, BAC Home Loans Servicing, L.P. | mdomeyer@mileslegal.com |
| Daniel K. Fujimoto | On behalf of interested party, Courtesy NEF | wdk@wolffirm.com |
| Donna L. La Porte | On behalf of creditor, GreenPoint Mortgage Funding, Inc. | dlaporte@wrightlegal.net |
| Christopher M. McDermott | On behalf of Interested Party, Courtesy NEF | ecfcacb@piteduncan.com |
| Cassandra J. Richey | On behalf of creditor, U.S. Bank N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A. | cmartin@pprlaw.net |

**II.    SERVED BY THE COURT VIA U.S. MAIL:**

**Debtor:**
Edith Avanzado
307 Linda Vista Avenue
Pasadena, CA  91105

**III.    TO BE SERVED BY THE LODGING PARTY**:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**